[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12175
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cr-00047-CAR-CHW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVARIS MONTEZ BLOODSER,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(July 27, 2015)

Before HULL, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Donald L. Johstono, appointed counsel for Javaris Montez Bloodser in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bloodser's conviction and sentence are **AFFIRMED**.